**FILED**

MAR - 3 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION OF SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Roy, Raymond DEFENDANT(S). | CASE NUMBER SA 08-80 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **March 6, 2008**, at **1:45** ☐ a.m. / ☒ p.m. before the Honorable **Robert N Block**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **3/3/08**

ROBERT N. BLOCK
U.S. ~~District Judge~~/Magistrate Judge